Order entered October 31, 2012

004679



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00945-CV

**TREBUCHET SIEGE CORPORATION & DFW METROPLEX ARCHITECTURE, INC., Appellants**

**V.**

**PAVECON COMMERCIAL CONCRETE, LTD, Appellee**

On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 09-17344

## ORDER

The Court has before it appellants' October 17, 2012 motion for extension of time to file brief. The Court **GRANTS** the motion and **ORDERS** that the brief tendered by appellants on October 18, 2012 be timely filed as of this date.

MOLLY FRANCIS
JUSTICE